IN THE UNITED STATES COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| PATI K. FALO,<br><br>    Plaintiff(s),<br><br>vs.<br><br>AEGIS WHOLESALE, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, et al.,<br><br>    Defendant(s). | MEMORANDUM DECISION AND ORDER MOOTING PLAINTIFF'S MOTION FOR A TRO<br><br><br><br>Case No. 2:10-CV-1214 TS |

This case was removed from state court on December 7, 2010. When the case was pending in state court, Plaintiff filed a Motion for a Temporary Restraining Order (TRO) to halt a December 9, 2010 trustee's sale. On December 7, 2010, Defendants Aurora Loan Services, LLC and Mortgage Electronic Registration Systems (MERS) removed the case to this court and filed an opposition to the Motion.

The Court finds that the Motion for a TRO seeking to enjoin the December 9, 2010 trustee's sale is moot. It is therefore

ORDERED that Plaintiff's Emergency Motion for a Temporary Restraining Order to Halt Foreclosure Sale is MOOT.

DATED   December 13, 2010.

BY THE COURT:

_____
TED STEWART
United States District Judge